**Opinion filed August 1, 2019**



## In The

# Eleventh Court of Appeals

_____

## No. 11-19-00199-CV
_____

### JENNA RUTH YOUNG, Appellant

### V.

### GARY ALAN YOUNG, Appellee

---

**On Appeal from the 118th District Court**

**Martin County, Texas**

**Trial Court Cause No. 7125**

---

## MEMORANDUM OPINION

Jenna Ruth Young timely filed a notice of appeal in the district clerk's office on May 24, 2019, from a final decree of divorce. On June 13, 2019, when the appeal was docketed in this court, the clerk of this court requested that Appellant forward the $205 filing fee and a docketing statement to this court on or before June 21, 2019. We notified Appellant by letter dated June 26, 2019, that the filing fee and docketing statement were past due. In that letter, we directed Appellant to pay the $205 filing fee and file the docketing statement on or before July 2, 2019, and we informed

Appellant that failure to do so "**may result in dismissal of the case**." We sent a similar letter on July 3 and informed Appellant that the failure to pay the filing fee and file the docketing statement by July 9 "**may result in dismissal of the case**." Since that date, we have sent numerous e-mails and left several telephone messages on Appellant's counsel's answering machine. As of this date, counsel has not replied, and this court has not received the filing fee or the docketing statement.

Because Appellant has failed to pay the required filing fee in this appeal and has failed to comply with this court's directives, we dismiss the appeal. *See* TEX. R. APP. P. 5, 42.3.

PER CURIAM

August 1, 2019

Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.[1]

Willson, J., not participating.

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.